IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANNON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV446 |
| | ) | |
| v. | ) | |
| | ) | |
| REYNOR RENSCH & PFIEFFER, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's Notice of Appeal (Filing No. 65). Plaintiff's appeal sought reversal of the Court's previous determination that this matter be remanded to the Douglas County, Nebraska, District Court. (*Id.*) However, plaintiff's Notice of Appeal was untimely, as it was filed 40 days after the Court entered the Order and Judgment remanding this matter. *See* Fed. R. App. P. 4(a)(1)(A) (stating that a notice of appeal "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered"). Regardless, the Court re-opened this matter on November 26, 2012, pursuant to plaintiff's separate request (Filing No. 82). Thus, plaintiff has already been granted the relief he sought in the Notice of Appeal, despite its untimeliness.

IT IS ORDERED:

1. Plaintiff's Notice of Appeal (Filing No. 65) is untimely and moot.

2. The clerk of the court shall not process the appeal to the Court of Appeals. The clerk of the court is directed to forward a copy of this Memorandum and Order to the parties and to the Eighth Circuit Court of Appeals.

3. Plaintiff is reminded that he has until December 20, 2012, in which to file an amended complaint in accordance with the Court's previous Memorandum and Order.

DATED this 14th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.