IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHANNON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV446 |
| | ) | |
| v. | ) | |
| | ) | |
| REYNOR RENSCH & PFIEFFER, | ) | MEMORANDUM AND ORDER |
| TERRY HADDOCK, JOHN STUCK, | ) | |
| JOHN BRAZDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's Motion for Docket Sheet (Filing No. 178) and Motions for Clarification (Filing Nos. 179 and 180).

      In his Motion for Docket Sheet, plaintiff asks for a copy of the docket sheet in this matter (Filing No. 178). Plaintiff does not have the right to receive copies of documents without payment, even if the Court granted him leave to proceed in forma pauperis. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077 (8th Cir. 1973), other citations omitted). If plaintiff requires copies of court documents, he should contact the clerk of the

court to determine the proper method of requesting and paying for copies. Plaintiff's Motion for Docket Sheet will be denied.

In his Motions for Clarification, plaintiff asks the Court to clarify the status of his "Civil Complaint" in a separate case (i.e. "Case No. 09-CR-457") (Filing No. 179). If plaintiff seeks a status update in another case, he should file a motion in that case. Plaintiff also asks the Court to refer this case to the magistrate judge under 28 U.S.C. § 636 and to clarify why this case is assigned to the undersigned Judge (Filing Nos. 179 and 180). The Court refers plaintiff to NEGenR 1.4 for information regarding the assignment of judges in this Court.

IT IS ORDERED:

1. Plaintiff's Motion for Docket Sheet (Filing No. 178) is denied.

2. Plaintiff's Motions for Clarification (Filing Nos. 179 and 180) are granted to the extent that this Memorandum and Order provides plaintiff with clarification and are otherwise denied.

DATED this 31st day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

\*   This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.