IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
SHANNON WILLIAMS,              )
                               )
            Plaintiff,         )          8:11CV446
                               )
      v.                       )
                               )
REYNOR RENSCH & PFIEFFER,      )          ORDER
et al.,                        )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on Defendants' Joint Motion to Stay Discovery (Filing No. 185) and Joint Motion for Extension of Time (Filing No. 191).

In the Joint Motion to Stay Discovery, Defendants ask the Court to stay discovery until a progression order is entered. The Court has not yet permitted discovery in this matter and plaintiff may not conduct discovery until discovery is permitted. Accordingly, the Joint Motion to Stay Discovery will be granted.

In the Joint Motion for Extension of Time, Defendants ask the Court to grant them an extension of time to file an answer or other responsive pleading. The motion will be granted and Defendants shall have until March 18, 2014, to file an answer or other responsive pleading.

IT IS ORDERED:

1. Defendants' Joint Motion to Stay Discovery (Filing No. 185) is granted. Discovery is stayed in this matter until the Court enters a progression order or otherwise permits discovery.

2. Defendants' Joint Motion for Extension of Time (Filing No. 191) is granted. Defendants' answer or other responsive pleading is due no later than March 18, 2014.

DATED this 25th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

-2-