IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNON WILLIAMS, | |
| Plaintiff, | 8:11-CV-446 |
| vs. | |
| RAYNOR RENSCH & PFIEFFER, *et al.*, | ORDER |
| Defendants. | |

This matter is before the Court on the Eighth Circuit Court of Appeals' dismissal of the plaintiff's appeal. Filing 263. The Court of Appeals has assessed the full $455.00 appellate filing and docketing fees against the plaintiff, and remanded the collection of those fees to this Court. *See* filing 263. Accordingly,

IT IS ORDERED:

1. The plaintiff's institution shall collect the full $455.00 appellate filing and docketing fees from him by installment in the manner set forth in 28 U.S.C. § 1915(b)(2), and shall forward those installments to the Court.

2. The Clerk of the Court is directed to send a copy of this order to the appropriate official at the plaintiff's institution.

Dated this 21st day of October, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge