IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>           Plaintiff,<br><br>vs.<br><br>RAYNOR RENSCH & PFIEFFER, *et al.*,<br><br>           Defendants. | 8:11-CV-446<br><br>ORDER |

   The United States Court of Appeals for the Eighth Circuit has vacated its judgment of October 20, 2015 (filing 263) and withdrawn its mandate (filing 264). *See* filing 266. Accordingly, the Court's order of October 21, 2015 (filing 265), which assessed an appellate filing fee against the plaintiff pursuant to the Eighth Circuit's mandate, must also be vacated.

   IT IS ORDERED:

   1.   The Court's order of October 21, 2015 (filing 265) is vacated.

   2.   The Clerk of the Court is directed to send a copy of this order to the appropriate official at the plaintiff's institution.

Dated this 28th day of October, 2015.

                              BY THE COURT:

                              John M. Gerrard
                              United States District Judge